572

## OLLIS v. STATE.
### No. 26356.

Court of Criminal Appeals of Texas.
April 8, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant pleaded guilty before the court to the offense of driving while intoxicated and his punishment was assessed at a fine of $100 and ten days in jail.

No statement of facts or bills of exception are found in the record. All proceedings appear regular and nothing is presented for review by this court.

The judgment is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $100 and 10 days in jail.

This record contains neither a statement of facts nor bills of exception, presenting, therefore, nothing for review.

The judgment is affirmed.

Opinion approved by the court.